WHITE (SEVIER v.). See Case No. 12,681.

## Case No. 17,557.

### WHITE v. SWIFT.

[1 Cranch, C. C. 442.] [1]

Circuit Court, District of Columbia. July Term, 1807.

BOND—ACTION AGAINST SURETY.

In an action against a surety in a bond to perform a decree. it is not necessary that notice of the decree should have been given to the principal.

Debt on a bond conditioned that one Henfry should perform the decree of the court in a chancery attachment, and pay the amount of such decree. Judgment for the plaintiff on demurrer.

The question was, whether notice of the decree ought to be given to the principal, before you can sue the bond against the surety.

WHITE (THORNE v.). See Case No. 13,989.

WHITE (TOLER v.). See Case No. 14,079.

WHITE (TRYON v.). See Case No. 14,208.

WHITE (TURNER v.). See Case No. 14,264.